# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

PATRICK COLLINS, INC.

    Plaintiff,

v.                                            Civil Action No. 1:12-cv-01198-ABJ-JMF

KENNETH JIM,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF KENNETH JIM

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses Defendant, Kenneth Jim from this action <u>with prejudice</u>. Kenneth Jim was assigned the IP Address 208.58.72.165. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant Kenneth Jim has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: October 13, 2012

                                                  Respectfully submitted,

                                                  By:   /s/ *Jon A. Hoppe*
                                                  Jon A. Hoppe, Esquire
                                                  jhoppe@mhhhlawfirm.com
                                                  MADDOX, HOPPE, HOOFNAGLE &
                                                  HAFEY, L.L.C.
                                                  1401 Mercantile Lane #105
                                                  Largo, Maryland 20774
                                                  Phone: 301-341-2580
                                                  *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 13, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                    By:  /s/ *Jon A. Hoppe*
                                        Jon A. Hoppe